

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR BRONFMAN, JR<br>     Plaintiff,<br><br>-V-<br><br>VIVENDI, S.A.("VIVENDI"), THE BENEFIT EQUALIZATION PLAN OF VIVENDI, AND THE HUMAN RESOURCES COMMITTEE OF THE BOARD OF DIRECTORS OF VIVENDI.<br>     Defendant. | **CERTIFICATE OF MAILING**<br><br><br><br><br><br><br>07 CV 2875 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**20th day of April, 2007**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**10th day of April, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8392 7811 5700**

                     *J. Michael McMahon*
                     CLERK

Dated: New York, NY

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

---

**FedEx Express International Air Waybill**
For FedEx services worldwide

**From**
Date: April 20, 2007
Sender's FedEx Account Number: 010048214
Sender's Name: GANDOLFO DI BLASI
Phone: 212-558-4000
Company: Sullivan & Cromwell
Address: 125 Broad St
City: NEW YORK
State/Province: NEW YORK
Country: NEW YORK
ZIP/Postal Code: 10004

**2 To**
Recipient's Name:
Company: The BENEFIT Equalization Plan of Vivendi, S.A.
Address: 42 Avenue de Friedland
City: Paris
State/Province: FRANCE
ZIP/Postal Code: 75008

**4 Express Package Service** — FedEx Intl. Priority

**5 Packaging** — FedEx Envelope

**7a Payment** Bill transportation charges to: Sender

**9 Required Signature**
Date Executed: 4/20/07

FedEx Tracking Number: 8392 7811 5700