

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGAR BRONFMAN, JR<br>　　　　　　　Plaintiff,<br><br>-V-<br><br>VIVENDI, S.A.("VIVENDI"), THE BENEFIT EQUALIZATION PLAN OF VIVENDI, AND THE HUMAN RESOURCES COMMITTEE OF THE BOARD OF DIRECTORS OF VIVENDI.<br>　　　　　　　Defendant. | **CERTIFICATE OF MAILING**<br><br><br><br><br>07 CV 2875 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**20th day of April, 2007**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**10th day of April, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8392 7811 5695**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*J. Michael McMahon*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

Dated: New York, NY

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

---

**FedEx Express International Air Waybill**
*For FedEx services worldwide*

**From** *Please print and press hard.*

Date: April 20, 2007
Sender's FedEx Account Number: 010048214
Sender's Name: GANDOLFO D. BLASI
Phone: (212) 558-4000
Company: Sullivan & Cromwell
Address: 125 Broad ST
City: NEW YORK
State/Province: NEW YORK
Country: NEW YORK
ZIP/Postal Code: 10004

**2 To**
Recipient's Name:
Company: Vivendi, SA
Address: 42 Avenue de Friedland
City: Paris
State/Province: FRANCE
ZIP/Postal Code: 75008

**4 Express Package Service**
☑ (implied, none checked for Priority/First/Economy on left column; see packaging)

**5 Packaging**
☑ FedEx Envelope

**6 Special Handling**

**7a Payment** Bill transportation charges to:
☑ Sender

**8 Your Internal Billing Reference**

**9 Required Signature**
Date Executed: 4/20/07

FedEx Tracking Number: 8392 7811 5695

464

For Completion Instructions, see back of fifth page.

Try online shipping at fedex.com

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994-2001 Federal Express Corporation

**Questions? Visit our Web site at fedex.com.**
Or in the U.S., call 800.247.4747. Outside the U.S., call your local FedEx office.