Form 27 - GENERAL PURPOSE

SULLIVAN CROMWELL, ESQS.
ATTN: DAVID LIEBOV

U.S. DIST. COURT     SOUTHERN/NY COUNTY

--------------------------------------------------

EDGAR BRONFMAN JR.                    plaintiff

                - against -

VIVENDI, S.A ("VIVENDI") ETAL         defendant

--------------------------------------------------

Index No. **07CIV2875**

Date Filed ............

Office No.

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**BRETT M. GOLUB**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **18th  day of April, 2007**     at **04:18 PM.**,                    at
   **%VIVENDI UNIVERSAL US HOLDING CO.
   800 3RD AVE. 5FL,NEW YORK,NY 10022**
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **HUMAN RESOURCES COMMITTEE OF THE BOARD OF DIRECTORS OF VIVENDI**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **"JANE SMITH",   MANAGING AGENT WHO REFUSED TRUE NAME**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**         COLOR: **WHITE**        HAIR: **RED**
   APP. AGE: **35**        APP. HT: **5:10**       APP. WT: **150**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
19th  day of  April, 2007ni

JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

BRETT M. GOLUB   1239212
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7SC231341