Form 27 - GENERAL PURPOSE

**SULLIVAN CROMWELL, ESQS.**
**ATTN: DAVID LIEBOV**
U.S. DIST. COURT       SOUTHERN/NY   COUNTY
-----------------------------------------------------

EDGAR BRONFMAN JR.                        plaintiff

        - against -

VIVENDI, S.A ("VIVENDI")   ETAL      defendant

Index No. **07CIV2875**

Date Filed   ............

Office No.

Court Date:    / /

-----------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**BRETT M. GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the  **18th  day of April, 2007**    at  **04:18 PM.**,                 at
**%VIVENDI UNIVERSAL US HOLDING CO.**
**800 3RD AVE. 5FL, NEW YORK, NY 10022**
I served a true copy of the
**SUMMONS AND COMPLAINT**

upon **THE BENEFIT EQUALIZATION PLAN OF VIVENDI**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **"JANE SMITH", MANAGING AGENT WHO REFUSED TRUE NAME**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
SEX: **FEMALE**         COLOR: **WHITE**        HAIR: **RED**
APP. AGE: **35**        APP. HT: **5:10**       APP. WT: **150**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
19th  day of  April, 2007ni

JOEL GOLUB
Notary Public, State of New York
   No.01GO4751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

BRETT M. GOLUB   1239212
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7SC231340