Joseph P. Moodhe (JM 6068)　　　　　　　　　　　　　ELECTRONICALLY FILED
David M. Bigge (DB 8579)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorneys for Defendants Vivendi S.A., the Benefit Equalization Plan of Vivendi S.A., and the Human Resources Committee of the Board of Directors of Vivendi S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
EDGAR BRONFMAN, JR.,                                    :

            Plaintiff,                                   :

                                                            No. 07-CV-2875 (VM)

   v.                                                              :

                                                               :

VIVENDI S.A., THE BENEFIT EQUALIZATION      **NOTICE OF MOTION**
PLAN OF VIVENDI S.A., AND THE HUMAN          :
RESOURCES COMMITTEE OF THE BOARD OF
DIRECTORS OF VIVENDI S.A.,                              :

           Defendants.                             :

------------------------------------------------------------------------ x

       PLEASE TAKE NOTICE that, upon the attached declaration of David M. Bigge dated May 8, 2007, the affidavit of Debra Ford sworn to on May 7, 2007, and the accompanying memorandum of law, Defendants Vivendi S.A., the Benefit Equalization Plan of Vivendi S.A., and the Human Resources Committee of the Board of Directors of Vivendi S.A. shall move before the Honorable Victor Marrero, in the United States

District Court for the Southern District of New York, at such time as the Court shall designate, for an order dismissing the Complaint.

                Respectfully submitted,

                DEBEVOISE & PLIMPTON LLP

                By:    /s/ David M. Bigge

                    Joseph P. Moodhe (JM 6068)
                    David M. Bigge (DB 8579)

                919 Third Avenue
                New York, New York 10022
                Tel: (212) 909-6000
                Fax: (212) 909-6836

                *Attorneys for Defendants Vivendi S.A., the Benefit Equalization Plan of Vivendi S.A., and the Human Resources Committee of the Board of Directors of Vivendi S.A*