ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EGDAR J. BRONFMAN, JR.,                          :

           Plaintiff,                                :
                                                     No. 07-CV-2875 (VM)
   v.                                           :

                                                     :
VIVENDI S.A., THE BENEFIT EQUALIZATION          **Fed. R. Civ. P. 7.1**
PLAN OF VIVENDI S.A., AND THE HUMAN            : **Disclosure Statement**
RESOURCES COMMITTEE OF THE BOARD OF
DIRECTORS OF VIVENDI S.A.,                       :

           Defendants.                               :

------------------------------------------------------------------------x

      Defendants Vivendi S.A., the Benefit Equalization Plan of Vivendi S.A., and the Human Resources Committee of the Board of Directors of Vivendi S.A submit the following statement of their interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure for the use of the judges of this Court:

      1.     Vivendi S.A. has no parent corporations, and no publicly held corporation owns 10% or more of its stock. Vivendi S.A. is publicly traded in France, and is a *société anonyme* organized under the laws of France.

1

2.	The Benefit Equalization Plan of Vivendi S.A is a supplemental unfunded pension plan for certain executives and former executives of Joseph E. Seagram & Sons, Inc. and Vivendi S.A., which is governed by the Employment Retirement Income Security Act of 1974, and administered by the Human Resources Committee of the Board of Directors (called the *Conseil de Surveillance*) of Vivendi S.A.  The sole employer corporation of the Benefit Equalization Plan is Vivendi S.A.

3.	The Human Resources Committee of the *Conseil de Surveillance* of Vivendi S.A is a sub-committee consisting of individual members of the *Conseil de Surveillance* of Vivendi S.A.

Dated: New York, New York
       May 8, 2007

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By:    /s/  David M. Bigge
       Joseph P. Moodhe (JM 6068)
       David M. Bigge (DB 8579)

919 Third Avenue
New York, New York  10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*Attorneys for Defendants Vivendi S.A., the Benefit Equalization Plan of Vivendi S.A., and the Human Resources Committee of the Board of Directors of Vivendi S.A*