SULLIVAN CROMWELL ESQS.
ATTN: DAVID LIEBOV

U.S. DIST. COURT     SOUTHERN/NY COUNTY
-------------------------------------------------
                                                    Index No. **07CIV2875**

EDGAR BRONFMAN JR.            plaintiff

        - against -

VIVENDI, S.A. ("VIVENDI") ETAL    defendant

-------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK

**MICHAEL C. LEVIEN** being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.

That on the 3rd day of May 2007 at 8:55 PM at
300 Central Park West, Apt 2H New York, NY 10024

I served a true copy of the **Summons and Complaint**

Upon **the Human Resources Committee of the Board of Directors of Vivendi The Defendant** therein named, by delivering to, and leaving personally with:

**Sarah J. Frank, a member of the Human Resources Committee of Vivendi S.A., which administers the Benefit Equalization Plan**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

Sex: **Female**            Color: **White**         Hair: **Brown**
App. Age: **60 yrs.**      App. Ht: **5'5"**        App Wt: **125 lb**

Sworn to before me this
6th day of May 2007

_____
Michael C. Levien
The Arkin Group LLC
590 Madison Avenue, 35th Floor
New York, New York 100022

Notary Public

DEBRA S MILLER
NOTARY PUBLIC STATE OF NEW YORK
NO. 01MI5066943
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES: 12/7/2010

{RT1342.DOC}