ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EGDAR J. BRONFMAN, JR.,                                    :

            Plaintiff,                                     :
                                                                    No. 07-CV-2875 (VM)
   v.                                                             :

                                                               :

VIVENDI S.A., THE BENEFIT EQUALIZATION           **NOTICE OF APPEARANCE**
PLAN OF VIVENDI S.A., AND THE HUMAN        :   **AND REQUEST FOR**
RESOURCES COMMITTEE OF THE BOARD OF            **ELECTRONIC**
DIRECTORS OF VIVENDI S.A.,                          :   **NOTIFICATION**

            Defendants.                                 :

------------------------------------------------------------------------x

PLEASE TAKE NOTICE that Vivendi S.A., the Benefit Equalization Plan of Vivendi S.A., and the Human Resources Committee of the Board of Directors of Vivendi S.A appear in the case captioned above by their counsel, **Joseph P. Moodhe** of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the address given below.

1

Dated: New York, New York
      May 9, 2007

                                      DEBEVOISE & PLIMPTON LLP

                                      By:    /s/ Joseph P. Moodhe

                                            Joseph P. Moodhe (JM 6068)
                                            jpmoodhe@debevoise.com

                                    919 Third Avenue
                                    New York, New York 10022
                                    Tel: (212) 909-6000
                                    Fax: (212) 909-6836

                                    *Attorneys for Defendants Vivendi S.A., the Benefit Equalization Plan of Vivendi S.A., and the Human Resources Committee of the Board of Directors of Vivendi S.A*

TO:     SULLIVAN & CROMWELL
           125 Broad Street
           New York, New York 10004
           (212) 558-4000

           Charles A. Michael
           Gandolfo v. DiBlasi

           *Attorneys for Plaintiff Edgar Bronfman, Jr.*