UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EDGAR BRONFMAN, Jr.                               :

                Plaintiff,                  :    Index No. 07 CV 2875 (VM)

   -v-                                                      :

VIVENDI, S.A., *et al.*,                              :

                Defendants.              :

------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               : ss.
COUNTY OF NEW YORK  )

      DAVID LIEBOV, being duly sworn, deposes and says that he is over 21 and not a party to this action and that on the 10th day of May, 2007, defendant **The Benefit Equalization Plan of Vivendi, S.A.** and defendant **Human Resources Committee of the Board of Directors of Vivendi, S.A.** were served with true copies of the Summons and Complaint in this action by serving the Secretary of the Department of Labor pursuant to pursuant to 29 U.S.C. § 1132(d)(1). Ronald Whiting, Esq., Deputy Solicitor General, being authorized to accept service on behalf of the Secretary, accepted service at his office at the Office of the Solicitor, U.S. Department of Labor, Frances Perkins Building, 200 Constitution Avenue, NW, Room S-2002, Washington, DC 20210.

                                                    _____

Sworn to before me this
11th of May, 2007.

_____
Notary Public

SHELDON KOAT
Notary Public, State of New York
No. 01KO6104017
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Jan. 12, 2008