# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES · PALO ALTO · WASHINGTON, D.C.

FRANKFURT · LONDON · PARIS

BEIJING · HONG KONG · TOKYO

MELBOURNE · SYDNEY

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-07
```

May 18, 2007

By Facsimile

Hon. Victor Marrero,
   United States Courthouse,
      500 Pearl Street,
         Suite 660,
            New York, New York 10007.

                    Re:   *Bronfman v. Vivendi, S.A., et al.*, 07 Civ. 2875

Dear Judge Marrero:

We represent the plaintiff, Edgar Bronfman, Jr., in the above matter. Defendants have made a motion to dismiss, and Bronfman's opposition is due this Tuesday, May 22. The parties are negotiating matters that may potentially narrow the scope of that motion and respectfully request that the due date for Bronfman's opposition be adjourned for one week, until May 29, 2007.

Counsel for Vivendi joins in this request, which is the first request for an extension in this matter.

Respectfully submitted,

*Vince DiBlasi* /C.A.M.

Gandolfo V. DiBlasi

cc:   Joseph P. Moodhe, Esq.

Request GRANTED. The time for plaintiff to respond to the motion to dismiss herein is extended to 5-29-07.

SO ORDERED:
5-21-07
DATE           VICTOR MARRERO, U.S.D.J.