ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EGDAR J. BRONFMAN, JR.,                                :

                Plaintiff,                             :

                                                                   No. 07-CV-2875 (GBD)
  v.                                                         :

                                                                   :

VIVENDI S.A., THE BENEFIT EQUALIZATION         **NOTICE OF APPEARANCE**
PLAN OF VIVENDI S.A., AND THE HUMAN            :   **AND REQUEST FOR**
RESOURCES COMMITTEE OF THE BOARD OF                **ELECTRONIC**
DIRECTORS OF VIVENDI S.A.,                     :   **NOTIFICATION**

                Defendants.                          :

------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that Vivendi Holding I Corporation, the Benefit Equalization Plan of Vivendi S.A., and the Human Resources Committee of the Board of Directors of Vivendi S.A appear in the case captioned above by their counsel, **Ann Marie Preissler** of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to her at the address given below.

1

Dated: New York, New York
       May 30, 2007

                                        DEBEVOISE & PLIMPTON LLP

                                        By:     /s/ Ann Marie Preissler

                                                Ann Marie Preissler
                                                ampreiss@debevoise.com

                                        919 Third Avenue
                                        New York, New York  10022
                                        Tel: (212) 909-6000
                                        Fax: (212) 909-6836

                                        *Attorneys for Defendants*


TO:    SULLIVAN & CROMWELL
         125 Broad Street
         New York, New York  10004
         (212) 558-4000

         Charles A. Michael
         Gandolfo V. DiBlasi

         *Attorneys for Plaintiff Edgar Bronfman, Jr.*