Joseph P. Moodhe  
Ann Marie Preissler  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York  10022  
(212) 909-6000  

ELECTRONICALLY FILED

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------------x  

| | |
|---|---|
| EGDAR J. BRONFMAN, JR., | : |
| Plaintiff, | : |
| | No. 07-CV-2875 (GBD) |
| v. | : |
| | : |
| VIVENDI S.A., THE BENEFIT EQUALIZATION PLAN OF VIVENDI S.A., AND THE HUMAN RESOURCES COMMITTEE OF THE BOARD OF DIRECTORS OF VIVENDI S.A., | **Fed. R. Civ. P. 7.1** <br> **Disclosure Statement** |
| | : |
| Defendants. | : |

------------------------------------------------------------------------x

      Defendant Vivendi Holding I Corp. submits the following statement of its interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure for the use of the judges of this Court:

      1.    The following companies are parents of Vivendi Holding I Corp.: Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A, of which only Vivendi S.A. is publicly

traded. Vivendi S.A. is publicly traded in France, and is a *société anonyme* organized under the laws of France.

Dated: New York, New York
       May 30, 2007

                Respectfully submitted,

                DEBEVOISE & PLIMPTON LLP

                By:   /s/ Joseph P. Moodhe

                      Joseph P. Moodhe
                      Ann Marie Preissler

                919 Third Avenue
                New York, New York 10022
                Tel: (212) 909-6000
                Fax: (212) 909-6836

                *Attorneys for Defendants*