Joseph P. Moodhe  
Ann Marie Preissler  
DEBEVOISE & PLIMPTON LLP  
919 Third Avenue  
New York, New York  10022  
(212) 909-6000  

*Attorneys for Defendants*

ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------------ x

| | |
|---|---|
| EDGAR BRONFMAN, JR., : | |
| Plaintiff, : | No. 07-CV-2875 (GBD) |
| v. : | |
| : | |
| VIVENDI S.A., THE BENEFIT EQUALIZATION PLAN OF VIVENDI S.A., AND THE HUMAN RESOURCES COMMITTEE OF THE BOARD OF DIRECTORS OF VIVENDI S.A., : | **NOTICE OF MOTION** |
| Defendants. : | |

------------------------------------------------------------------------ x

PLEASE TAKE NOTICE that, upon the declaration of David M. Bigge dated May 8, 2007 and the accompanying memorandum of law; the stipulation by the parties dated May 25, 2007; the attached Memorandum of Law; and all other papers previously filed in this action, Defendants Vivendi Holding I Corporation, the Benefit Equalization Plan of Vivendi S.A., and Sarah Frank, in her capacity as a member of the Human Resources Committee of the Board of Directors of Vivendi S.A. shall move before the Honorable George B. Daniels, in the United States District Court for the Southern District of New York, at such time as the Court shall designate, for an order dismissing the Complaint.

Dated: New York, New York
       May 30, 2007

                                    Respectfully submitted,

                                    DEBEVOISE & PLIMPTON LLP

                                    By:     /s/  Joseph P. Moodhe
                                              Joseph P. Moodhe
                                              Ann Marie Preissler

                                  919 Third Avenue
                                  New York, New York  10022
                                  Tel: (212) 909-6000
                                  Fax: (212) 909-6836

                                  *Attorneys for Defendants*