

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

June 13, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **857471174640**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | AS MDE paris 75008 |
| **Signed for by:** | .VIVENDI | **Delivery date:** | Apr 23, 2007 09:33 |
| **Service type:** | Priority Envelope | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 857471174640 | **Ship date:** | Apr 20, 2007 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**
human resources
vivendi isa
42 avenue de friedland
paris 75008 FR

**Shipper:**
gandolpo q blasi
SULLIVAN   CROMWELL
125 BROAD ST
125 BROAD ST
NEW YORK, NY 10004 US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339