## CERTIFICATE OF SERVICE

    I certify that, on June 13, 2007, I caused true and accurate copies of the foregoing Opposition to Defendants' Motion to Dismiss, and accompanying Declaration of Charles A. Michael, to be served by first-class mail and electronic mail on following counsel of record:

Joseph P. Moodhe
Ann Marie Preissler
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

_____
Charles A. Michael