# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 9 2007

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

August 8, 2007

**SO ORDERED**

*George B. Daniel*

HON. GEORGE B. DANIELS

AUG 0 8 2007

By Facsimile

Hon. George B. Daniels,
    United States Courthouse,
        500 Pearl Street,
            Suite 630,
                New York, New York 10007.

Re: *Bronfman v. Vivendi I Holding Corp., et al.*, 07 Civ. 2875

Dear Judge Daniels:

The parties in the above case are scheduled for an initial case management conference on August 15, 2007. We write to jointly request a one-week adjournment based on the fact that the parties are in settlement negotiations. Counsel for both parties spoke yesterday with your law clerk, who indicated that August 22, at 9:30 a.m. was an available date and time. This is the parties' first request for an adjournment.

Respectfully submitted,

Charles A. Michael

cc: Joseph P. Moodhe, Esq.