# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: SEP 11 2007

September 6, 2007

**SO ORDERED**
The conference is adjourned until October 3, 2007 at 9:30 a.m.
SEP 10 2007
*George B. Daniels*
HON. GEORGE B. DANIELS

By Facsimile

Hon. George B. Daniels,
   United States Courthouse,
      500 Pearl Street,
         Suite 630,
           New York, New York 10007.

         Re: *Bronfman v. Vivendi I Holding Corp., et al.*, 07 Civ. 2875

Dear Judge Daniels:

        The parties in the above case are scheduled for an initial case management conference on September 11, 2007. We write to jointly request an adjournment until the first week in October because the parties are in settlement negotiations and hope to have the case revolved by then. This is the parties' second request for an adjournment. The first request, on August 8, 2007, was granted.

                                  Respectfully submitted,

                                    Charles A. Michael

cc:    Joseph P. Moodhe, Esq.