SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*

*New York,* NY *10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 2 2007

---

October 2, 2007

SO ORDERED

*[signature]*

HON. GEORGE B. DANIELS

OCT 0 2 2007

By Facsimile

Hon. George B. Daniels,
    United States Courthouse,
        500 Pearl Street,
            Suite 630,
                New York, New York 10007.

   Re:   *Bronfman v. Vivendi I Holding Corp., et al.*, 07 Civ. 2875

Dear Judge Daniels:

    On behalf of the parties in the above case, we are pleased to report that we have reached a settlement. We expect to formalize the agreement within in the next 30 days and submit for Your Honor's approval a stipulation of dismissal. In light of the parties' settlement, we respectfully request that the parties' scheduled initial conference for October 3, 2007 be cancelled.

Respectfully submitted,

*[signature]*

Charles A. Michael

cc:   Joseph P. Moodhe, Esq.