UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

EDGAR J. BRONFMAN, JR., : No. 07-CV-2875 [GBD]

                      Plaintiff, :

       -against- : **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

VIVENDI HOLDING I CORP., THE :
BENEFIT EQUALIZATION PLAN OF :
VIVENDI S.A., and THE HUMAN :
RESOURCES COMMITTEE OF THE
BOARD OF DIRECTORS OF VIVENDI S.A.,

                      Defendants.
-------------------------------------------------------- x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 9 2008

DANIELS.

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Edgar J. Bronfman, Jr. and defendants Vivendi Holding I Corp., the Benefit Equalization Plan of Vivendi S.A., and the Human Resources Committee of the Board of Directors of Vivendi S.A., by their undersigned counsel, as follows:

1.     This action shall be dismissed with prejudice; and

2.     This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       January 4, 2008

SULLIVAN & CROMWELL LLP

By: /s/ Gandolfo V. DiBlasi
Gandolfo V. DiBlasi
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Plaintiff Edgar J. Bronfman, Jr.*

DEBEVOISE & PLIMPTON LLP

By: /s/ Joseph P. Moodhe (by A.M.P.)
Joseph P. Moodhe
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendants Vivendi Holding I Corp., the Benefit Equalization Plan of Vivendi S.A., and the Human Resources Committee of the Board of Directors of Vivendi S.A.*

SO ORDERED:

Dated: January ___, 2008

JAN 0 9 2008

/s/ George B. Daniels
Hon. George B. Daniels
United States District Judge
HON. GEORGE B. DANIEL